866 A.2d 368

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Charles S. RENCHENSKI, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 25, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of January, 2005, the petition for allowance of appeal is GRANTED. The order of the Superior Court is vacated and the matter is remanded to the Superior Court for disposition on the merits in light of the fact that the appeal from the order of the Court of Common Pleas of Clearfield County was timely. *See* Pa.R.Crim.P. 114; Pa. R.A.P. 301.